IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Brewer,<br><br>                     Petitioner,<br><br>v.<br><br>United States of America,<br><br>                     Respondent. | No. CV-19-02026-PHX-NVW (BSB)<br>     CR-12-01927-02-PHX-NVW<br><br>**ORDER AND**<br>**DENIAL OF CERTIFICATE OF**<br>**APPEALABILITY AND IN FORMA**<br>**PAUPERIS STATUS** |

Before the Court are Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by Person in Federal Custody (Doc. 1), United States Magistrate Judge Fine's Report and Recommendation (Doc. 18) and Petitioner's Objection to the Magistrate's Report and Recommendation (Doc. 19).

The Court has considered Petitioner's objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the Court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court accepts the magistrate judge's recommended disposition within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate Judge Fine (Doc. 18) granting Respondent's Motion to Dismiss Defendant's Motion Under 28 U.S.C. § 2255 (Doc. 6) is accepted.

IT IS FURTHER ORDERED that Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. 1) is dismissed with prejudice.

The request for a certificate of appealability is denied because dismissal of the Motion is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable.

Dated this 16th day of October, 2019.

*[signature: Neil V. Wake]*

Neil V. Wake
Senior United States District Judge